Cause Number: H-11-3091

Style: Sepeda v. MODEC International, Inc.

Appearances:

| Counsel: | Representing: |
|---|---|
| Katherine Gonyea | Plaintiff |
| Andrew Golub | |
| Annette Idalski | Defendant |

Date: January 26, 2012

Reporter: K. Metzger

Law Clerk: D. Snyder

Time: ____/____ a.m.
2:00 / 2:05 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

[14] The plaintiff's First Motion to Quash Non-Party Subpoenas (Docket Entry No. 14) is DENIED for the reasons stated on the record.

The Clerk will file the Minutes and Order and provide copies to the parties.

_/s/ Sim Lake_
Sim Lake
United States District Judge