# EXHIBIT 1

Case 4:11-cv-03091   Document 25-1   Filed in TXSD on 03/23/12   Page 1 of 4



**DOW GOLUB REMELS & BEVERLY, LLP**

ATTORNEYS AT LAW

HOUSTON
AUSTIN*

**Andrew S. Golub**
*Board Certified, Labor and Employment Law*
*Texas Board of Legal Specialization*

SANFORD L. DOW
ANDREW S. GOLUB
J. BEVERLY
KEITH M. REMELS
BILL C. BOYD
MARK R. ZEIDMAN
KENNETH H. HOLT
DEBRA LEVY GILBREATH
LORI L. MARLATT
KATHERINE M. GONYEA
CARLISS N. CHATMAN

BERNARD O. DOW
(1932-2004)

9 Greenway Plaza
Suite 500
Houston, Texas 77046

713.526.3700
713.526.3750 fax

dowgolub.com

*By Appointment Only

March 16, 2012

***Via CMRRR 7010 0780 0002 1368 3309***

Annette A. Idalski
Chamberlain Hrdlicka White Williams & Aughtry
191 Peachtree Street, N.E., 34th Street
Atlanta, Georgia 30303

Re:   Civil Action No. 4:11-CV-03091; *Aly Sepeda v. MODEC International, Inc.;* In the United States District Court for the Southern District of Texas

Dear Ms. Idalski and Mr. Williams:

Enclosed please find a CD containing documents labeled Confidential Sepeda 1103-1239.

Very truly yours,

Linda L. Ross
Legal Assistant to Andrew S. Golub

:lr
Enclosures

cc:   Kerry Williams (w/o encl.)                                    ***Via First Class Mail***



